and agree to make the investigation and prospect in question, and that defendant was unable to procure any one to accept said option or agree to perform its condition, and never assigned the same.

*Lewis R. Conklin* for appellants.

*Harry N. Selvage* for respondent.

Judgment affirmed, with costs; no opinion.

. Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

LUELLA HOWARD, Appellant, *v.* UNION RAILWAY COMPANY OF THE CITY OF NEW YORK, Respondent.

HERBERT HOWARD, Appellant, *v.* UNION RAILWAY COM-PANY OF THE CITY OF NEW YORK, Respondent.

*Negligence — railroads — passenger after alighting from car struck by another car while crossing tracks — when guilty of contributory negligence as matter of law.*

*Howard v. Union Ry. Co. of City of N. Y.* (2 cases), 204 App. Div. 864, affirmed.

(Argued January 15, 1924; decided February 19, 1924.)

APPEAL, by permission, in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1923, unanimously affirming a judgment in favor of defendant entered upon an order of the trial court, setting aside a verdict in favor of plaintiff and directing a dismissal of the complaint. The first action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The second, by her husband, to recover for expense and loss of services arising from such injuries. The plaintiff in the first action, after alighting from one of defendant's cars started across the tracks and was struck by another car approaching from the opposite direction from that in which she had been riding, causing the injuries complained of. The trial court set aside the verdicts upon the ground that plaintiff was guilty of contributory negligence as matter of law.

*Cecil B. Ruskay* for appellants.

*Alfred T. Davison, Alexander R. Jones* and *Addison B. Scoville* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

GOTTLEIB WALTER, as Administrator of the Estate of MARGARET WALTER, Deceased, Appellant, *v.* WILLIAM H. UPSON, Respondent, Impleaded with Another.

*Negligence — master and servant — automobile driven by chauffeur for own purposes and contrary to master's commands — master not liable for death of pedestrian struck by automobile.*

*Walter* v. *Upson,* 206 App. Div. 652, affirmed.

(Argued January 16, 1924; decided February 19, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 5, 1923, affirming a judgment in favor of defendant, respondent, entered upon a verdict directed by the court in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants. Intestate, while walking on the highway near Clifton Springs, was struck by respondent's automobile receiving injuries resulting in her death. A verdict was directed for defendant, respondent, upon the ground that the evidence clearly showed that at the time of the accident the automobile was being used by the chauffeur for his own purposes and in direct disobedience of defendant, respondent's commands.

*James O. Sebring* and *F. Allen DeGraw* for appellant.

*Richard E. Jacobson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.